UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ZHEJIANG YUHUA TIMBER CO. LTD., <br> A-TIMBER FLOORING COMPANY LIMITED, <br> MULLICAN FLOORING CO., <br><br> Plaintiffs, <br> v. <br> UNITED STATES, <br><br> Defendant. | Before: Leo M. Gordon, Judge <br><br> Court No. 21-00502 |

## ORDER

Upon consideration of Plaintiff's Motion to Stay Proceedings, ECF No. 29, and Defendant's Response thereto; and Defendant's Motion to Dismiss, ECF No. 30, Plaintiff's Response, and Defendant's Reply thereto, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that Plaintiff's Motion to Stay Proceedings is granted; it is further

**ORDERED** that consideration of Defendant's Motion to Dismiss and all further proceedings in this action are stayed until 21 days after the issuance of the final decision in the U.S. Department of Commerce's Changed Circumstances Review in Multilayered Wood Flooring from the People's Republic of China; and it is further

**ORDERED** that the Parties shall participate in a status conference with the Court prior to the expiration of the 21-day period referred to above.

                 /s/ Leo M. Gordon
                 Judge Leo M. Gordon

Dated: May 17, 2022
  New York, New York